◼ TINA M. BEELEY, Individually and as Parent and Natural Guardian of LAUREN A. BEELEY, an Infant, Respondent, v VOLNEY R. SPENCER, Appellant, et al., Defendant. (Action No. 1.) JAMES P. BEELEY, Respondent-Appellant, v VOLNEY R. SPENCER, Appellant-Respondent, et al., Defendant. (Action No. 2.) TINA M. BEELEY, Individually and as Parent and Natural Guardian of LYNNE M. BEELEY, an Infant, Respondent, v VOLNEY R. SPENCER, Appellant, et al., Defendant. (Action No. 3.) JOSEPH F. CEGIELSKI, Individually and as Parent and Natural Guardian of LISA CEGIELSKI et al., Infants, Respondent, v VOLNEY R. SPENCER, Appellant-Respondent, and JAMES P. BEELEY, Respondent-Appellant, et al., Defendant. (Action No. 4.) (Appeal No. 1.) [765 NYS2d 816] —Appeals and cross appeal from an order of Supreme Court, Erie County (O'Donnell, J.), entered May 9, 2002, which, inter alia, denied the motion of defendant Volney R. Spencer for a bifurcated trial with respect to action Nos. 1, 2 and 3.

It is hereby ordered that said appeals and cross appeal be and the same hereby are unanimously dismissed without costs.

Same memorandum as in *Beeley v Spencer* ([appeal No. 5] 309 AD2d 1303 [2003]). Present—Pigott, Jr., P.J., Green, Pine, Scudder and Hayes, JJ.